**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

February 4, 2021

**BY ECF**
Honorable Judge Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  <u>Paguada v. Fitness Anywhere LLC.; 1:20-cv-08480-JPC</u>

To the Honorable Judge Cronan,

The Parties submit this joint status update, as directed by Your Honor at the initial conference held on January 4, 2021.

Respectfully, please be advised that the Parties have engaged in ongoing settlement negotiations, and believe that an amicable resolution herein is likely and imminent. As such, the Parties respectfully request a period of 45 days to agree to the terms of settlement. In the event that the Parties believe they would benefit from the District's Mediation Program, the Parties request that they be allowed to, at the end of the 45-day period, make a request for a referral from the Court.

The parties' request is GRANTED.  The parties are directed to submit a joint status letter by March 22, 2021.  If this matter is not resolved by that date, the letter should specify whether the parties request a referral to the Court-annexed mediation program or to the Honorable Sarah Netburn for a settlement conference.

Respectfully,

/s/ Mars Khaimov

/s/ Stuart K. Tubis

SO ORDERED.
Date: February 4, 2021
    New York, New York

JOHN P. CRONAN
United States District Judge